AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   23-CV-3155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __US Food & Drug Administration__
was received by me on *(date)* __8/16/2023__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Nadya Brooks__, who is designated by law to accept service of process on behalf of *(name of organization)* __United States Attorney's Office for the EDPA__ on *(date)* __8/16/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __0.00__ for travel and $ __1.90__ for services, for a total of $ __1.90__ .
(10 cents / page printing costs)

I declare under penalty of perjury that this information is true.

Date: __8/16/2023__

Server's signature: Daniel J. Auerbach

Printed name and title: Daniel Auerbach

Server's address: 241 S. 6th St., #1902B, Philadelphia, PA 19106

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-3155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Food & Drug Administration
was received by me on *(date)* 8/16/2023.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified U.S mail to the FDA per attached form.

My fees are $ 0.00 for travel and $ 10.73 for services, for a total of $ 10.73.
(10 cents/page in printing costs plus USPS charges)

I declare under penalty of perjury that this information is true.

Date: 8/15/2023

_____
Server's signature

Daniel J. Auerbach
Printed name and title

241 S. 6th St., #1902B
Philadelphia, PA 19106
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-3155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Food & Drug Administration
was received by me on *(date)* 6/16/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified mail to AG Merrick Garland per attached form.

My fees are $ 0.00 for travel and $ 10.73 for services, for a total of $ 10.73.
(10 cents /page in printing costs plus USPS charges)

I declare under penalty of perjury that this information is true.

Date: 8/16/2023

_Daniel Auerbach_
Server's signature

Daniel J. Auerbach
Printed name and title

241 S. 6th St., #1802B
Philadelphia, PA 19106
Server's address

Additional information regarding attempted service, etc:



```
          UNITED STATES
          POSTAL SERVICE.
             CONTINENTAL
          615 CHESTNUT ST LBBY
        PHILADELPHIA, PA 19106-9997
             (800)275-8777
08/16/2023                      04:03 PM
-----------------------------------------
Product           Qty    Unit     Price
                         Price
-----------------------------------------
Mailer 10.5 x 16   2    $1.69    $3.38

First-Class Mail®  1             $2.79
Large Envelope
   Silver Spring, MD 20993
   Weight: 0 lb 6.20 oz
   Estimated Delivery Date
      Sat 08/19/2023
   Certified Mail®                $4.35
      Tracking #:
      70151520000161843420
Total                             $7.14

First-Class Mail®  1             $2.79
Large Envelope
   Washington, DC 20530
   Weight: 0 lb 6.10 oz
   Estimated Delivery Date
      Fri 08/18/2023
   Certified Mail®                $4.35
      Tracking #:
      70151520000161843413
Total                             $7.14
-----------------------------------------
Grand Total:                     $17.66

    Card Remit                   $17.66
```

